IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRANDON CHRISTOPHER HOWARD, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:23-cv-521-ECM |
| M. HAUBERT, *et al.*, | ) |
| Defendants. | ) |

**O R D E R**

On September 29, 2023, the Magistrate Judge entered a Recommendation (doc. 4) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge (doc. 4) is ADOPTED, and this case is TRANSFERRED to the United States District Court for the Northern District of Alabama pursuant to 28 U.S.C. §§ 1391 and 1404.

Done this 28th day of November, 2023.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE